**Hollis LACY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28973.**

Court of Criminal Appeals of Texas.

April 24, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of beer in a dry area for the purpose of sale; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular, and nothing is presented for review.

The judgment is affirmed.